**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-8072**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

NATHAN LEE FOSTER, a/k/a Plum,

                    Defendant – Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (5:03-cr-00319-F-1)

─────────────

Submitted:  October 21, 2010      Decided:  November 12, 2010

─────────────

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nathan Lee Foster, Appellant Pro Se.   Jennifer P. May-Parker,
Rudolf A. Renfer, Jr., Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan Lee Foster appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Foster, No. 5:03-cr-00319-F-1 (E.D.N.C. July 17, 2009). We deny Foster's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED